## BURNS v. STATE.

No. 26489.

Court of Criminal Appeals of Texas.

June 10, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

BELCHER, Commissioner.

The appellant was convicted for the offense of driving an automobile upon a public highway while intoxicated, and his punishment was assessed at a fine of $50.

The record contains no notice of appeal, therefore this court is without jurisdiction.

The appeal is dismissed.

Opinion approved by the court.